IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHAN GOMEZ, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>KITCHENETTE 123 INC. d/b/a KITCHENETTE, TRIBECA KITCHENETTE INC. d/b/a KITCHENETTE, HIGH FALLS KITCHENETTE INC. d/b/a KITCHENETTE, ANN S. NICKINSON, and LISA ANN HALL,<br><br>      Defendants. | No. 16 CV 3302 |

*DF*  [~~PROPOSED~~] **FINAL JUDGMENT AND ORDER GRANTING FINAL APPROVAL OF MODIFIED CLASS ACTION SETTLEMENT**

The above-entitled matter came before the Court on the parties' joint letter motion dated November 3, 2020, requesting modification of the Court-approved Settlement Agreement and Release dated March 13, 2018, pursuant to the terms of the Addendum to Settlement Agreement and Release dated November 3, 2020 ("Addendum"), filed at Dkt. 99-1 (collectively, the "Modified Settlement").

Having considered the parties' submissions in connection with the Modified Settlement, including at Dkt. 103, and the oral argument presented at the February 2, 2021 fairness hearing, and for the reasons set forth therein and for good cause shown,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Court hereby finally approves as fair and reasonable the Modified Settlement, including all service awards, administration fees, attorneys' fees and reimbursement of litigation expenses as described therein.

2. The Court retains jurisdiction over this action for the purpose of enforcing the Modified Settlement.  The parties shall abide by all terms of the Modified Settlement

which are incorporated herein.  The litigation shall otherwise be dismissed with prejudice.

It is so ORDERED this <u>5th</u> day of February, 2021

                                                  Honorable Debra C. Freeman
                                                  United States Magistrate Judge